IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVINGEAN BOATMAN, JR.,
       Plaintiff,

                                     Civil No. 2:14-CV-13243

v.

CAROLYN W. COLVIN,                DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,
       Defendant.

_____

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that

order.

                                       s/Robert H. Cleland
                                     ROBERT H. CLELAND
                                     United States District Judge

Dated: February 27, 2015